# IN THE SUPREME COURT OF THE STATE OF NEVADA

ESAU DOZIER,
                                Appellant,
                    vs.
RENEE BAKER, WARDEN,
                                Respondent.

No. 78461

FILED

APR 29 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to file late pleading, order to respond, and finding motion moot. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Because no statute or court rule permits an appeal from an order granting a motion to file late pleading, order to respond, and finding motion moot, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                                    Silver

19-18609

cc: Hon. Jim C. Shirley, District Judge
Esau Dozier
Attorney General/Carson City
Pershing County Clerk

